UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
MILTON TAIT, DWAYNE DANIELS,
DESMOND FORREST, PERCIVAL FRANKLIN,
VICTOR GARCIA, JOHNNIE GEORGE,
JULIEN GEORGE, ORVILLE GORDON,
CLAUDIO GUZMAN, TYRONE HENRY,
JEAN JULIEN, FERNANDO MARTINEZ,
KHALID MASHRIQI, CLIFFORD MATTHEW,
HARTLEY NEVERSON, MANUEL PEGUERO,
QUEAN PETERS, ANSELMO SANCHEZ,
JUANMINDI SOTO, JAUN SURINACH,
DAIVIS VASQUEZ, GLENFORD VEITCH,
NIALL WILLIAMS, LEONIDA GARCIA, and
CHRISTIAN GONZALEZ,

*Individually and on Behalf of All Other Persons Similarly Situated,*

              Plaintiffs,

    -against-

C & I SALES, INC., C & I ASSOCIATES, INC.,
WILLIAM GIANNINI, and JOSEPH SPAIN,

              Defendants.
----------------------------------------x

No.: 11-cv-2777 (JG)(JMA)

**FILED**
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ MAY 30 2012 ★
**BROOKLYN OFFICE**

[~~PROPOSED~~] ORDER

AND NOW, THIS 29th DAY OF May, 2012, the Court having reviewed the pleadings in this case and the Settlement Agreement and General Release executed by the parties, (presided over settlement conferences with the parties,) and considered applicable case law, and for good cause shown, it is

**ORDERED, ADJUDGED and DECREED** that:

1. The Settlement Agreement and General Release (the "Agreement"): (1) is fair to all parties; (2) reasonably resolves a bona fide disagreement between the parties with regard to the merits of Plaintiffs' claims; and, (3) demonstrates a good faith intention by the parties that the Plaintiffs' claims for liability and damages be fully and finally resolved,

1

and not re-litigated in whole or in part at any point in the future. The Agreement is therefore **APPROVED** by the Court.

2. The fully executed Agreement shall be filed with the Court within 5 business days of all parties having executed the agreement pursuant to the terms thereof.

3. The lawsuit and Plaintiffs' claims are **DISMISSED WITH PREJUDICE** in their entirety, with the exception that the claims of any Opt-Out plaintiffs will not be dismissed.

4. Each party shall bear his own costs, including attorney's fees.

s/Joan M. Azrack        5/29/12
UNITED STATES MAGISTRATE JUDGE

Agreed:

Eric S. Tilton (ET-9547), *Of Counsel*
The Law Office of Steven A. Morelli, P.C.
1461 Franklin Avenue
Garden City, New York 11530
(516) 393-9151

*Attorneys for Plaintiffs,
FLSA Collective Plaintiffs, and the Classes*

Eric Su
Tarter Krinskiy & Drogin LLP
1350 Broadway
New York, New York 10018
(212) 216-1108

*Attorneys for Defendants*